# NOTICE OF REMOVAL
# EXHIBIT 1

**Civil Actions**

# Case Summary

**Case No. 2026-CAB-006380**

| | | | |
|---|---|---|---|
| **Junel Jeffrey v. Charles M Spears** | § | Location: | **Civil Actions** |
| | § | Judicial Officer: | **Becker, Julie H** |
| | § | Filed on: | **09/10/2026** |

## Case Information

| | |
|---|---|
| Case Type: | Tort |
| Subtype: | Libel/Slander/Defamation |
| Case Status: | **09/10/2026 Open** |

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2026-CAB-006380 |
| Court | Civil Actions |
| Date Assigned | 09/10/2026 |
| Judicial Officer | Becker, Julie H |

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Jeffrey, Junel**<br>1224 42nd PL Northeast<br>Washington , DC 20019 | **Pro Se**<br>202-765-4714(H)<br>1224 42nd PL Northeast<br>Washington , DC 20019<br>juneljeffrey@gmail.com |
| **Defendant** | **Spears, Charles M**<br>529 Bittersweet RD<br>Lansing , KS 66043 | |

## Events and Orders of the Court

09/10/2026

Complaint Filed
Docketed on: 09/10/2026
Filed by: Plaintiff Jeffrey, Junel

09/10/2026

Motion for Preliminary Injunction Filed (Judicial Officer: Becker, Julie H)
Docketed on: 09/10/2026
Filed by: Plaintiff Jeffrey, Junel

09/10/2026

Initial Order [Remote] (Judicial Officer: Becker, Julie H)

09/10/2026 Motion to Seal (Judicial Officer: Judge In, Chambers)
*Redact my Personal Information*
Docketed on: 09/10/2026
Filed by: Plaintiff Jeffrey, Junel

12/11/2026

**Remote Initial Scheduling Conference** (10:00 AM) (Judicial Officer: Becker, Julie H)

## Financial Information

| | | | |
|---|---|---|---|
| | **Plaintiff** Jeffrey, Junel | | |
| | Total Financial Assessment | | 160.00 |
| | Total Payments and Credits | | 160.00 |
| | **Balance Due as of 10/08/2026** | | **0.00** |
| 09/10/2026 | Transaction Assessment | | 140.00 |
| 09/10/2026 | Payment - Case Fees | Receipt # DC-254600 | (140.00) |
| 09/10/2026 | Transaction Assessment | | 20.00 |
| 09/10/2026 | Payment - Case Fees | Receipt # DC-254616 | (20.00) |