# NOTICE OF REMOVAL
# EXHIBIT 3

FILED
CIVIL DIVISION
SEP 10 2026
Superior Court of the District of Columbia

Superior Court of the District of Columbia
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N W , Suite 5000 Washington, D C 20001
Telephone (202) 879-1133 Website www dccourts gov

Case No 2026 6580

## MOTION FOR RESTRAINING ORDER

☐ **TEMPORARY RESTRAINING ORDER**
An emergency order that lasts 14 days

☒ **PRELIMINARY INJUNCTION**
An emergency order that lasts until trial

Junel Jeffrey
PLAINTIFF

vs

Charles M Spears
DEFENDANT

[redacted]
Address (No Post Office Boxes)

Washington, DC [redacted]
City State Zip Code

[redacted]
Telephone Number

[redacted]@[redacted]
Email Address (optional)

529 Bittersweet Rd
Address (No Post Office Boxes)

Lansing, KS 66043
City State Zip Code

301-957-0771, 727-821-0053
Telephone Number

chase-spears@hotmail com
chase_spears@hotmail com
Email Address (optional) ~~cspear@~~ cspear00@leeu edu

1 Is there an emergency? If yes what is the nature of that emergency? Include facts, name(s), and location(s)

The ~~pe~~ defendant is an online personality who is politically ~~and~~ connected He has a substantial following, ~~of millions~~ several of which have sent threatening messages to me, especially when prompted by the defendant

2 Plaintiff requests that the Court order the Defendant(s) to

Refrain from contacting me, posting online about me, mentioning my name (verbally or written), or identifying me.

*The following questions are optional and can be helpful to the Court*

A What is the relationship between Plaintiff and Defendant?

- ☐ Landlord & Tenant
- ☐ Dating relationship or child in common
- ☐ Neighbors
- ☐ Co Workers
- ☐ Family
- ☐ Friends or former friends
- ☒ No relationship
- ☐ Other (explain)

B Were the police contacted about the incident?

☒ Yes ☐ No

C Was anyone arrested?

☐ Yes ☒ No

If yes, provide the name of the individual(s) arrested

D Are there any **prior** cases involving Plaintiff and Defendant in the Superior Court of the District of Columbia, or any other court(s)?

☐ Yes ☒ No

If yes, provide the case number(s) and location of the other court(s)

E Are there any **ongoing** cases involving Plaintiff and Defendant in the Superior Court of the District of Columbia, or any other court(s)?

☐ Yes ☒ No

If yes, provide the case number(s) and location of the other court(s)

________________________________________________

________________________________________________

F Is there a written or oral lease agreement between Plaintiff and Defendant?

☐ Yes ☒ No

G Is there an eviction pending?

☐ Yes ☒ No

If yes, provide the eviction date and explain

________________________________________________

________________________________________________

H Does this case involve a foreclosure?

☐ Yes ☒ No

If yes, explain the status of the case.

________________________________________________

________________________________________________

________________________________________________

I Does this case involve students attending the same school?

☐ Yes ☒ No

If yes, explain

________________________________________________

________________________________________________

________________________________________________

State any other information, of which the Court should be aware

This person targeted me unprompted on September 11, 2025. ~~Since then~~, He and his followers attacked me online for days Several people found me online and also contacted me personally They are MAGA people, and very unhinged I live alone and don't have anyone to protect me from them

**SIGNATURE**

**SIGNATURE** | **DATE** 10 September 2026

**CERTIFICATE OF SERVICE**

On September 10, 2026, I mailed this motion to all the lawyers in the case, the Plaintiff(s) and the Defendant(s) who do not have lawyers, as listed below

| | |
|---|---|
| Name Charles M Spears | Name |
| Address 529 Bittersweet Rd. | Address |
| Lansing, KS 66043 | |
| | |

**SIGNATURE** | **DATE**

**POINTS AND AUTHORITIES**

What legal basis – laws, regulations, court rules or decisions – do you want the judge to consider?

**SIGNATURE** | **DATE**