**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **COL. JUNEL JEFFREY,**<br>*Plaintiff,*<br>v.<br>**DR. CHARLES M. SPEARS,**<br>*Defendant.* | Case No.: |

**DECLARATION OF DR. CHARLES M. SPEARS**

1. I am Defendant in the above captioned action, am over 18 years of age, and am competent to make this Declaration.

2. I make this Declaration solely for the purposes of establishing my right to remove the above captioned action pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. I expressly reserve any and all procedural and substantive defenses including lack of service, lack of personal jurisdiction, and improper venue.

3. At all times pertinent to the above captioned action, I have been a resident of Lansing, Kansas.

4. I first became aware of this lawsuit at approximately 12:30 a.m., Tuesday, Sep 22nd.

5. My wife and I had just returned from a conference. We got in the house a few minutes after midnight. Before going to bed, I decided to take a quick glance through the stack of mail and saw the envelope from the DC Superior Court. I immediately opened it to find the notice

of remote initial scheduling conference in the above-captioned case. (Attached as Exhibit A hereto.).

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Date: October 10, 2026

/s/ Charles M. Spears
Dr. Charles M. Spears