**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **COL. JUNEL JEFFREY,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DR. CHARLES M. SPEARS,**<br><br>*Defendant.* | Case No.: 26-cv-3554 |

**MOTION FOR COPY OF SEALED FILING (ECF No. 6).**

On October 30, 2026 Plaintiff filed a *Sealed Motion for Leave to File Document Under Seal* (ECF No. 6) ("Sealed Filing"). The Sealed Filing was ***not*** made *ex parte*. This Court's procedures regarding sealed filings state regarding service:

> Since the sealed document will not be accessible through the Notice of Electronic Filing (NEF), the filing party is responsible for serving all sealed documents and attachments on opposing counsel by other means. A certificate of service must be included with every filing and a copy of the NEF should be served with the sealed document.

Sealed Civil Documents (D.D.C. May 2014), https://www.dcd.uscourts.gov/sites/dcd/files/AttySealedCivilREVMay2014.pdf

To date, Defendant has not been served with a copy of the Sealed Filing. *See* Declaration of Samuel Everett Dewey at ¶ 2 (Nov. ___, 2026) ("Dewey Declaration" or "Dewey Decl.").

On November 2, 2026 Counsel for Defendant wrote to Plaintiffs and stated the following in substantive part:

> I hope this email finds you well. Could you please provide me with a copy of the filing below via reply to this email? That is the normal practice for filing under seal.

> Also, per the attached Order regarding the duty to confer we wanted to inform you that it is our position that nothing can happen in this case until you serve our client and that we will strictly enforce the timeline for service.
>
> Of course, we are always happy to confer on any other matter you wish to raise.

Dewey Decl. Ex. at ¶ 1 at 2–3. Plaintiff responded the morning of November 3, 2026, by writing in substantive part: "Thanks for your email. I am aware of the service requirements and the timeline. More to follow and will do." *Id.* at 2.

Later that morning, in an effort to accommodate Plaintiff's *pro se* status, Counsel for Defendant transmitted the following in substantive part:

> I note that you did not include a copy of your filing under seal despite the fact that you are required to serve that filing on me and indeed to certify to the Court in your Motion that you have done so.
>
> I copy the relevant guidelines: https://www.dcd.uscourts.gov/sites/dcd/files/AttySealedCivilREVMay2014.pdf. I specifically draw your attention to the following: "Since the sealed document will not be accessible through the Notice of Electronic Filing (NEF), the filing party is responsible for serving all sealed documents and attachments on opposing counsel by other means. A certificate of service must be included with every filing and a copy of the NEF should be served with the sealed document."
>
> Again, if there is an issue I am more than happy to discuss. But I am specifically requesting that you serve me with the documents you filed under seal, via email, forthwith.

*Id.* at 1–2.

Having heard nothing by the evening of November 4, 2026 Counsel for Defendant transmitted the following email in substantive part:

> I am following up on the below because I need a copy of the filing you made under seal. If you do not provide such a copy I will be forced to file a motion to strike your filing for failure to comply with the rules. That to my mind serves no one and wastes everyone's resources. I would appreciate the courtesy of a reply when way or another by 5:00 p.m. tomorrow.

*Id.* at 1.

Defendant's have heard nothing since. See Dewey Decl at ¶ 4. Defendant has contacted the Clerk's Office Civil Help Desk and has been advised filing this motion is the appropriate remedy. *Id.* at ¶ 4.

WHEREFORE, Defendant requests that this Court Direct the Clerk's Office to provide Plaintiffs with a copy of the Sealed Filing, or in the alternative strike the Sealed Filing for want of service.

Dated: November 20, 2026

Respectfully submitted,

*/s/ Samuel Everett Dewey*
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194
Email: samueledewey@sedchambers.com

JEFFREY BOSSERT CLARK
(No. 455315)
THE OVERSIGHT PROJECT
211 N. Union Street
Alexandria, VA 22314
202-279-1396
Email: Jeff@itsyourgov.org

KYLE BROSNAN
(No. 90021475)
THE OVERSIGHT PROJECT
211 North Union Street
Alexandria, VA 22314
845-674-5589
Email: Kyle@ItsYourGov.org

ERIC NEAL CORNETT
(No. 1660201)
THE OVERSIGHT PROJECT
211 North Union Street
Alexandria, VA 22314
845-674-5589
Email: Neal@ItsYourGov.org

*Counsel for Defendant*